**Order entered March 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00848-CR

**ISSAAC MATTHEW JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F17-75313-X**

## ORDER

On March 5, 2019, the Court struck appellant's amended brief because it referred to child witnesses (for example, the victim's sister, who was sixteen at the time she testified) by full name and ordered appellant to file a brief did not identify any child victim or child witness by name (but by using generic identification or by initials only). We deferred ruling on appellant's March 4, 2019 motion to extend time to file the amended brief until a compliant brief had been filed. To date, no amended brief has been filed.

Because there is no brief on file with the Court, we **DENY** appellant's motion as **MOOT**.

We **ORDER** appellant to file his amended brief that complies with the Court's ruling (not identifying any child victim or witness by name but by using generic identification or by initials only) **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**. Should appellant fail

to do so, the Court will abate this case for a hearing in the trial court pursuant to rule 38.8(b)(3).

*See* TEX. R. APP. P. 38.8(b).

/s/     LANA MYERS
        JUSTICE